FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 26 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH M. DIBEE,<br><br>    Defendant. | CASE NO. CR05-5828RBL<br><br>ORDER ISSUING BENCH WARRANT<br>SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 26th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES ___ NO _XX_

Order Issuing Bench Warrant - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970